# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MOHAMMAD SHARIFI, # Z-709,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 22-0264-JB-MU** |
| **JOHN HAMM,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Northern District of Alabama.

**DONE and ORDERED** this 21st day of October, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE